The People of the State of New York, Respondent, v. Charles T. Mackenzie, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set

down) and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.